IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LAKENYA K. MONFORT, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 1:19-cv-000479-ELR-AJB |
| REALPAGE, INC. d/b/a LEASING DESK, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

The Parties to the captioned case hereby notify the Court that they have reached a settlement of all claims asserted therein.  The Parties are in the process of drafting a settlement agreement and expect to file a notice of dismissal with prejudice no later than September 30, 2019.

(Signatures appear on the next page)

- 2 -

Respectfully submitted, this 21st day of August, 2019.

| | |
|---|---|
| */s/ Craig E. Bertschi* | */s/ Timothy J. St. George* |
| Craig E. Bertschi | Alexander S. King |
| Georgia Bar No. 055739 | Georgia Bar No. 590607 |
| Telephone: (678) 999-1102 | Telephone: (404) 885-2509 |
| ceb@mcraebertschi.com | Alexander.King@troutman.com |
| | |
| Charles J. Cole | Ronald I. Raether, Jr. (*pro hac vice*) |
| Georgia Bar No. 176704 | California Bar. No. 303118 |
| Telephone: (678) 999-1105 | Telephone: (949) 622-2700 |
| cjc@mcraebertschi.com | Ron.Raether@troutman.com |
| | |
| **MCRAE BERTSCHI & COLE LLC** | Timothy J. St. George (*pro hac vice*) |
| Suite 200, 1350 Center Drive | Virginia Bar No. 77349 |
| Dunwoody, Georgia 30338 | Telephone: (804) 697-1254 |
| | Timothy.St.George@troutman.com |
| *Counsel for Plaintiff* | |
| | **TROUTMAN SANDERS, LLP** |
| | 600 Peachtree Street, NE, Suite 3000 |
| | Atlanta, GA 30308 |
| | |
| | *Counsel for Defendant* |